UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LOUCA MOLD & AEROSPACE MACHINING, INC., <br><br> Plaintiff, <br><br> v. <br><br> TEAM AIR EXPRESS, INC., <br><br> Defendant. <br><br> v. <br><br> DOVER SERVICES, INC., et al. <br><br> Third-Party Defendants. | Case No. 23-cv-13255 <br><br> Honorable Robert J. White |

## ORDER ENTERING STIPULATION FOR EXTENSION OF TIME

The parties stipulated to provide Third-Party Defendant ACG Carriers, LLC until June 20, 2025 to respond to Defendant/Third-Party Plaintiff Team Air Express, Inc.'s Second Amended Third-Party Complaint. (ECF No. 109). Given that the extension is reasonable, the Court will enter the stipulation.

Dated: June 9, 2025

s/Robert J. White
Robert J. White
United States District Judge