UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LOUCA MOLD & AEROSPACE MACHINING INC.,<br><br>    Plaintiff,<br><br>v.<br><br>TEAM® AIR EXPRESS, INC., et al.,<br><br>    Defendants. | Case No. 23-cv-13255<br><br>Honorable Robert J. White |

**ORDER WITHDRAWING IN PART ACG CARRIERS, LLC'S MOTION TO DISMISS [ECF NO. 136] AS TO DOVER SERVICES, INC.'S THIRD AMENDED THIRD-PARTY CROSSCLAIM [ECF NO. 114] AGAINST ACG CARRIERS, LLC ONLY AND DISMISSING, WITHOUT PREJUDICE AND WITHOUT ASSESSMENT OF COSTS, DOVER SERVICES, INC.'S THIRD AMENDED THIRD-PARTY CROSSCLAIM [ECF NO. 114] AGAINST ACG CARRIERS, LLC**

ACG Carriers, LLC and Dover Services, Inc., having filed a stipulation agreeing to the Court's entry of an Order providing as follows:

1. ACG CARRIERS, LLC'S MOTION TO DISMISS [DOC 136] DOVER SERVICES, INC.'S THIRD AMENDED THIRD-PARTY CROSSCLAIM [DOC 114] AGAINST ACG CARRIERS, LLC is deemed withdrawn as to Dover Services, Inc. only;

2. DOVER SERVICES, INC.'S THIRD AMENDED THIRD-PARTY CROSSCLAIM [DOC 114] AGAINST ACG CARRIERS, LLC is dismissed without prejudice and without assessment of costs, with a right to later recommence in this or another court subject to the following conditions:

    a. Any recommenced action has to be filed not later than August 5, 2026.

b. The parties agree to toll any statute of limitations that will have expired during the time between December 16, 2024, and the time of recommencement ("the Tolling Period") in that should Dover Services, Inc., recommence any action against ACG Carriers, LLC, whether in this Court or any other court, on or before August 5, 2026, then ACG Carriers, LLC, shall not assert, and shall be deemed to have waived, any defense of expiration of any time period that had not yet expired and that would have expired during the Tolling Period only. If such a defense is plead by ACG Carriers, LLC, then ACG Carriers, LLC, agrees to consent to an order striking the defense.

c. By filing of this Stipulation, ACG Carriers, LLC does not waive the objection to personal jurisdiction and other defenses raised in the Motion to Dismiss [DOC 136] and expressly preserves these defenses, as well as all other defenses, that were asserted or could have been asserted prior to this stipulated dismissal, including statute of limitations that would be expired before December 16, 2024.

Given that the stipulated relief sought is reasonable, the Court enters the requested Order: DOVER SERVICES, INC.'S THIRD AMENDED THIRD-PARTY CROSSCLAIM [DOC 114] AGAINST ACG CARRIERS, LLC is dismissed without prejudice and subject to the conditions of refiling as stated above.

SO ORDERED.

Dated: August 14, 2025                    s/Robert J. White
                                          Robert J. White
                                          United States District Judge